**George Kelrick, Doing Business as National Jewelry Co., Plaintiff-Appellee, v. Hannah L. Koplin, Harry Koplin, and Glencoe National Bank, Defendants, Hannah L. Koplin and Harry Koplin, Defendants-Appellants.**

Gen. No. 47,552. 

First District, Second Division.

October 14, 1958.

Released for publication November 13, 1958.

Brown, Dashow & Langeluttig (Albert Langeluttig, Jack Joseph, of counsel) for defendants-appellants; Marovitz, Powell & Pizer and L. Louis Karton, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.